Fill in this information to identify your case:

Debtor 1: KERRY ANDRE SMITH
Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if known): 23-51237

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

FEB 06 2023  3:30PM

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

☐ Check if this is an amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on Schedule J: Your Expenses (Official Form 106J).

Check all that apply:
☑ You
☐ Your spouse
☐ Your dependents    1
How many dependents?

Total number of people: ___

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

| | That person's average monthly net income (take-home pay) |
|---|---|
| You | $ 0.00 |
| Your spouse + | $ _____ |
| Subtotal | $ 0.00 |

Subtract any non-cash governmental assistance that you included above.    − $ _____

Your family's average monthly net income    Total.... $ 0.00

**3. Do you receive non-cash governmental assistance?**
☑ No
☐ Yes. Describe _____

Type of assistance: _____

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain. _____

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days. If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.**

UNEMPLOED, I DO NOT WORK.

Official Form 103B    Application to Have the Chapter 7 Filing Fee Waived    page 1

Debtor 1  KERRY ANDRE SMITH                               Case number (if known) _____
          First Name  Middle Name  Last Name

### Part 2: Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**
Include amounts paid by any government assistance that you reported on line 2.    $ 0.00

If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**
☑ No
☐ Yes. Identify who........

**8. Does anyone other than you regularly pay any of these expenses?**
☑ No
☐ Yes. How much do you regularly receive as contributions? $_____ monthly

If you have already filled out *Schedule I: Your Income*, copy the total from line 11.

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
☑ No
☐ Yes. Explain ...............

### Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in your wallet, in your home, and on hand when you file this application
Cash:    $ 0.00

**11. Bank accounts and other deposits of money?**
*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

|  | Institution name: | Amount: |
|---|---|---|
| Checking account: | N/A | $ |
| Savings account: | N/A | $ |
| Other financial accounts: |  | $ |
| Other financial accounts: |  | $ |

**12. Your home?** (if you own it outright or are purchasing it)
*Examples:* House, condominium, manufactured home, or mobile home

546 FREEDOM TRAIL
Number   Street
BRUNSWICK          GA     31525
City               State  ZIP Code

Current value:                  $ 200,000.00
Amount you owe on mortgage and liens:  $ 270,000.00

**13. Other real estate?**

Number   Street
_____
City               State  ZIP Code

Current value:                  $
Amount you owe on mortgage and liens: $

**14. The vehicles you own?**
*Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make: _____
Model: _____
Year: _____
Mileage: _____

Current value:          $
Amount you owe on liens: $

Make: _____
Model: _____
Year: _____
Mileage: _____

Current value:          $
Amount you owe on liens: $

Debtor 1   **KERRY ANDRE SMITH**
           First Name   Middle Name   Last Name

Case number (if known) _____

**15. Other assets?**
Do not include household items and clothing.

Describe the other assets: _____

Current value: $ _____
Amount you owe on liens: $ _____

**16. Money or property due you?**
Examples: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property? _____

How much is owed? $ _____
$ _____

Do you believe you will likely receive payment in the next 180 days?
☐ No
☐ Yes. Explain: _____

### Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No
☐ Yes. Whom did you pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?
$ _____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No
☐ Yes. Whom do you expect to pay? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?
$ _____

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. Who was paid on your behalf? Check all that apply:
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

Who paid? Check all that apply:
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

How much did someone else pay?
$ _____

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When _____ Case number _____
                                     MM/ DD/ YYYY
District _____ When _____ Case number _____
                     MM/ DD/ YYYY
District _____ When _____ Case number _____
                     MM/ DD/ YYYY

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X _____   X _____
Signature of Debtor 1           Signature of Debtor 2

Date **01/26/2023**             Date _____
     MM / DD / YYYY                  MM / DD / YYYY

Official Form 103B    Application to Have the Chapter 7 Filing Fee Waived    page 3